**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-6210**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

VINCENT DONTA WHITE,

        Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:16-cr-00026-CCE-1)

Submitted:  June 24, 2021                    Decided:  June 29, 2021

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Vincent Donta White, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Donta White appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). We review the denial of a motion for compassionate release for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). Here, the district court assumed without deciding that White exhausted his administrative remedies and that he stated extraordinary and compelling circumstances warranting release. *See* 18 U.S.C. § 3582(c)(1)(A)(i). The court denied the motion, however, after analyzing the 18 U.S.C. § 3553(a) factors and determining that relief was not warranted under the circumstances in White's case.

Upon review, we conclude the district court did not abuse its discretion in denying White's motion for compassionate release based on its thorough consideration of the § 3553(a) factors. *See United States v. High*, 997 F.3d 181, 187 (4th Cir. 2021). Accordingly, we affirm the district court's order. *United States v. White*, No. 1:16-cr-00026-CCE-1 (M.D.N.C. Jan. 14, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*